Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
srice@crowell.com

Steven P. Quarles
J. Michael Klise
Thomas R. Lundquist
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2629
Facsimile: (202) 628-5116
jmklise@crowell.com

Attorneys for Applicants for Intervention

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK REY, et al., <br><br> Defendants, <br> and <br><br> TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT (TuCARE), et al., <br><br> Applicants for Intervention. | No. CIV-S-05-0205 MCE/GGH <br><br> **PRO HAC VICE APPLICATION AND ORDER (J. MICHAEL KLISE)** |

///

1

I, J. Michael Klise, attorney for Applicants for Intervention Tuolumne County Alliance for Resources & Environment, et al., hereby petition for admission to practice under Rule 83-180(b)(2) of the Local Rules of Practice of the United States District Court for this District, and in support thereof, state that:

My residence is: **1 Stevenage Circle, Rockville, Maryland  20850.**

My business is: **Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C.  20004-2595, (202) 624-2629, (202) 628-5116 (fax), <u>jmklise@crowell.com</u> (e-mail).**

I am admitted to practice in the following courts:

1. **Maryland Court of Appeals, admitted December 29, 1986;**
2. **District of Columbia Court of Appeals, #412420, admitted January 4, 1988;**
3. **U.S. Court of Appeals, D.C. Circuit, admitted April 28, 1989;**
4. **U.S. Court of Appeals, 3rd Circuit, admitted July 5, 2000;**
5. **U.S. Court of Appeals, 4th Circuit, admitted April 23, 1990;**
6. **U.S. Court of Appeals, 5th Circuit, admitted July 28, 1993;**
7. **U.S. Court of Appeals, 6th Circuit, admitted February 21, 1997;**
8. **U.S. Court of Appeals, 7th Circuit, admitted November 13, 1990;**
9. **U.S. Court of Appeals, 8th Circuit, admitted December 27, 1993;**
10. **U.S. Court of Appeals, 9th Circuit, admitted August 19, 1997;**
11. **U.S. Court of Appeals, 10th Circuit, admitted October 21, 1994;**
12. **U.S. Court of Appeals, 11th Circuit, admitted May 28, 1996;**
13. **U.S. Court of Appeals, District of Columbia, admitted May 7, 1990;**
14. **U.S. District Court, Eastern District of Wisconsin, admitted February 4, 1991; and**
15. **U.S. Supreme Court, admitted June 26, 1992.**

I am presently in good standing and eligible to practice in said courts.  I am not currently suspended or disbarred in any other court.

*///*

1  With the exception of my concurrent application in related case no. CIV-S-05-0211
2  MCE/GGH , I have not, within the year preceding this application, made a pro hac vice
3  application to this Court.
4  I hereby designate the following member of the Bar of this Court with whom the Court
5  and opposing counsel may readily communicate regarding the conduct of the case and upon
6  whom papers may be served: **Steven P. Rice, Crowell & Moring LLP, 3 Park Plaza, 20th**
7  **Floor, Irvine, California  92614, (949) 263-8400 and (949) 263-8414 (fax).**
8  I declare under penalty of perjury that the foregoing is true and correct and was executed
9  at Washington, D.C., on April 22, 2005.

Respectfully submitted,

*/s/ J. Michael Klise*
J. Michael Klise
CROWELL & MORING LLP

I hereby consent to my designation as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

Dated:  April 13, 2005        Respectfully submitted,

*/s/ Steven P. Rice*
Steven P. Rice
CROWELL & MORING LLP

**O R D E R**

PETITION IS HEREBY  ( ) GRANTED   (XX ) DENIED.

Dated: April 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3