```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


SIERRA NEVADA FOREST           No. CIV-S-05-0205 MCE/GGH
PROTECTION CAMPAIGN, ET AL.,

        Plaintiffs,

    v.

DALE BOSWORTH, ET AL.,

        Defendants.
_____/
PEOPLE OF THE STATE OF         No. CIV-S-05-0211 MCE/GGH
CALIFORNIA,

        Plaintiff,

    v.

U.S. DEPARTMENT OF             RELATED CASE ORDER
AGRICULTURE, ET AL.,

        Defendants.
_____/
```

1

| | | |
|---|---|---|
| 1 | CALIFORNIA FORESTRY ASSOCIATION, ET AL., | No. CIV-S-05-0905 MCE/DAD |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | DALE BOSWORTH, ET AL., | |
| 6 | Defendants. _____/ | |
| 7 | PACIFIC RIVERS COUNCIL, | No. CIV-S-05-0953 WBS/DAD |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | UNITED STATES FOREST SERVICE; ET AL., | |
| 11 | | |
| 12 | Defendants. _____/ | |

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

| | |
|---|---|
| 1 |     IT IS THEREFORE ORDERED that the actions denominated CIV-S-05-0211 MCE/GGH, People of the States of California v. U.S. Department of Agriculture, et al., CIV-S-05-0905 MCE/DAD, California Forestry Association, et al., v. Dale Bosworth, et al., and CIV-S-05-0953 WBS/DAD, Pacific Rivers Council v. United States Forest Service, et al., are reassigned to Judge Morrison C. England, Jr. And Gregory G. Hollows for all further proceedings, and any dates currently set in these reassigned cases only are hereby VACATED.  The parties are referred to the attached Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as CIV-S-05-0211 MCE/GGH, CIV-S-05-0905 MCE/GGH, and CIV-S-05-0953 MCE/GGH. |

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: May 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE