UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, and THE WILDERNESS SOCIETY, non-profit organizations, | No. CIV-S-05-0205 MCE/GGH |
| Plaintiffs, | |
| v. | |
| MARK REY, in his official capacity as Under Secretary of Agriculture, DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, JACK BLACKWELL, in his official capacity as Regional Forester, Region 5, United States Forest Service, and JAMES M. PEÑA, in his official capacity as Forest Supervisor, Plumas National Forest | **ORDER ON PARTY SUBSTITUTION** |
| Federal Defendants. | |

This matter is before the Court upon Federal Defendants' notice of party substitution pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.  The Court, being fully informed of the basis for Federal Defendants' notice, hereby ORDERS that Bernard Weingardt shall be substituted in his official capacity as Regional Forester, Pacific Southwest Region

///

///

- 1 -

(Region 5), United States Forest Service, for defendant Jack Blackwell. The clerk shall modify the docket accordingly.

It is SO ORDERED.

Dated: June 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE