UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, ET AL., <br><br>    Plaintiffs, <br><br>    v. <br><br> MARK REY, in his official capacity as Under Secretary of Agriculture, ET AL., <br><br>    Defendants. <br><br>    and <br><br> CALIFORNIA CATTLEMEN'S ASSOCIATION, <br><br>    Intervenor-Defendants <br> _____/ | No. 2:05-cv-0205-MCE-GGH <br><br> Related Cases: <br> 2:05-cv-0211-MCE-GGH <br> 2:05-cv-0905-MCE-GGH <br> 2:05-cv-0953-MCE-GGH <br><br> **SUBSTITUTION OF ATTORNEYS AND ORDER** |

THE COURT AND ALL PARTIES ARE NOTIFIED that California Cattlemen's Association makes the following substitution:

1. Former legal representative: Livingston & Mattesich Law Corporation.

2. New legal representation: William J. Thomas, Law Office of William J. Thomas, 1201 K Street, Suite 1100, Sacramento, California 95814; telephone (916) 442-1111.

3.  The party making this substitution is the Plaintiff and Counter-Defendant in the above and foregoing matter.

I consent to the substitution.

Dated: January 6, 2006        CALIFORNIA CATTLEMEN'S ASSOCIATION

By: /s/ Benjamin L. Higgins
    BENJAMIN L. HIGGINS
    Executive Vice President

I consent to the substitution.

Dated: January 6, 2006        LIVINGSTON & MATTESICH LAW CORPORATION

By: /s/ William J. Thomas

Dated: January 6, 2006        LAW OFFICE OF WILLIAM J. THOMAS

By: /s/ William J. Thomas
    WILLIAM J. THOMAS

IT IS SO ORDERED.

DATE: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2