WILLIAM J. THOMAS, JR., Bar No. 67798
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814
Telephone: (916) 325-4000
Telecopier: (916) 325-4010
E-Mail: William.Thomas@bbklaw.com

Attorneys for Intervenor-Defendants,
California Cattlemen's Association

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex reel, BILL LOCKYER, ATTORNEY GENERAL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.,*<br><br>　　　　Defendants. | CASE NO. CIV-S-05-0211 MCE/GGH<br><br>Related Cases: CIV-S-05-0205 MCE/GGH<br>　　　　　　　　CIV-S-05-0905 MCE/GGH<br>　　　　　　　　CIV-S-05-0953 MCE/GGH<br><br>**SUBSTITUTION OF ATTORNEYS ORDER** |
| CALIFORNIA CATTLEMEN'S ASSOCIATION,<br><br>　　　　Intervenor-Defendants,<br>. | Hon. Morrison C. England, Jr. |

///

///

///

///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  THE COURT AND ALL PARTIES ARE NOTIFIED that the California Cattlemen's Association
2  makes the following substitution:
3      1.    **Former legal representative:**  William J. Thomas, Law Offices of William J.
4  Thomas, 1201 K Street, Suite 1100, Sacramento, California  95814; telephone: (916) 442-1111.
5      2.    **New legal representative:**  William J. Thomas, Best, Best & Krieger LLP, 400
6  Capitol Mall, Suite 1650, Sacramento, California  95814; telephone (916) 325-4000.
7      3.    The party making the substitution is the intervenor-defendant in the above and
8  foregoing matter.

| | |
|---|---|
| I consent to this substitution. | CALIFORNIA CATTLEMEN'S ASSOCIATION |
| Dated: March 27, 2006 | |
| | By: /s/ Mark Nelson |
| |     MARK NELSON |
| |     President |
| I consent to this substitution. | LAW OFFICES OF WILLIAM J. THOMAS |
| Dated: March 27, 2006 | |
| | By: /s/ William J. Thomas, Jr. |
| |     WILLIAM J. THOMAS, JR. |
| I consent to this substitution. | BEST BEST & KRIEGER LLP |
| Dated: March 27, 2006 | |
| | By: /s/ William J. Thomas, Jr. |
| |     WILLIAM J. THOMAS, JR. |
| DATED: March 29, 2006 | |
| | _____ |
| | MORRISON C. ENGLAND, JR |
| | UNITED STATES DISTRICT JUDGE |

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com