IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,
        Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,
        Defendants,
   and

TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENV'T, *et al.*,
        Intervenor-Defendants.

Case No. CIV-S-05-0211 MCE/GGH

Related Cases:  CIV-S-05-0205 MCE/GGH
                 CIV-S-05-0905 MCE/GGH
                 CIV-S-05-0953 MCE/GGH

ORDER GRANTING TUCARE'S REQUEST TO APPEAR AT THE MARCH 26 HEARING BY TELEPHONE

Hon. Morrison C. England, Jr.

The Court GRANTS the request of Thomas R. Lundquist to appear at the March 26 status conference by telephone for Intervenor-Defendants Tuolomne County Alliance for Resources and Environment, and California Forestry Ass'n *et al.*  The Court staff will call Mr. Lundquist at 202-624-2667.

DATED: March 8, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE