1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SIERRA NEVADA FOREST PROTECTION          ) Case No:  2:05-cv-0205-MCE-GGH
     CAMPAIGN, *et al.*,                       )
11                                             ) Related Cases:  2:05-cv-0211-MCE-GGH
                 Plaintiffs,                   )                 2:05-cv-0905-MCE-GGH
12                                             )                 2:05-cv-0953-MCE-GGH
          v.                                   )
13                                             )
     MARK REY, in his official capacity as Under ) REQUEST OF PLAINTIFFS' COUNSEL TO
14   Secretary of Agriculture, *et al.*,        ) APPEAR AT THE MARCH 26 STATUS
                                               ) CONFERENCE BY TELEPHONE
15               Federal Defendants,            )
                                               ) Hon. Morrison C. England, Jr.
16          and                                )
                                               ) Status Conference Scheduled March 26, 2007
17   TUOLUMNE COUNTY ALLIANCE FOR             ) Courtroom 3, 9:00 a.m.
     RESOURCES & ENVIRONMENT, *et al.*;        )
18   CALIFORNIA SKI INDUSTRY ASS'N; QUINCY    )
     LIBRARY GROUP, *et al.*; and CALIFORNIA   )
19   CATTLEMEN'S ASS'N,                        )
                                               )
20               Defendant-Intervenors.        )
                                               )
21   _____ )

22        The Court GRANTS the request of Michael R. Sherwood, counsel for Plaintiffs Sierra

23   Nevada Forest Protection Campaign, *et al.*, to appear at the March 26 status conference by

24   telephone.  Court staff will call Mr. Sherwood at (559) 442-1110.

25   March 19, 2007

26

27   _____
     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

28