MICHAEL R. SHERWOOD, CA Bar No. 63702
GREGORY C. LOARIE, CA Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

PATRICK GALLAGHER, CA Bar No. 146105
Sierra Club Environmental Law Program
85 2nd Street, 4th Floor
San Francisco, CA 94109-3441
(415) 977-5709

ERIC E. HUBER, CO Bar No. 700024, *Pro Hac Vice*
Sierra Club Environmental Law Program
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595

DAVID B. EDELSON, CA Bar No. 104390
840 Grizzly Peak Boulevard
Berkeley, CA 94708
(510) 527-4116

*Counsel for Plaintiffs*
*Sierra Forest Legacy, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY,[1] *et al.*, | Case No: CIV-S-05-00205 MCE/GGH |
| Plaintiffs, | Related Cases:  CIV-S-05-00211 MCE/GGH |
| v. | CIV-S-05-00905 MCE/GGH |
| | CIV-S-05-00953 MCE/GGH |
| MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*, | STIPULATION AND JOINT REQUEST REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND FOR ORDER SETTING HEARING ON SHORTENED TIME |
| Federal Defendants, | |
| and | |
| TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N, | ORDER |
| | Date:  June 8, 2007 |
| Defendant-Intervenors. | Time:  9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

---

[1] On March 1, 2007, lead plaintiff Sierra Nevada Forest Protection Campaign changed its name to Sierra Forest Legacy.

STIP AND [PROPOSED] ORDER RE BRIEFING SCHEDULE — CIV-S-05-0205 MCE/GGH      1

WHEREAS on May 17, 2007, Federal Defendants Mark Rey, *et al.* notified Plaintiffs Sierra Forest Legacy, *et al.* that the Forest Service intends to award logging contracts for the Wolf Ranch portion of the Freeman Project in Plumas National Forest as early as June 18, 2007, and that on-the-ground operations could begin as soon as the day after the contract is awarded, *i.e.,* as soon as June 19, 2007, and, in addition, that the Forest Service intends to advertise the other two portions of the Freeman Project – Summit Bear and Jenkins – the week of May 21, 2007; and

WHEREAS the Freeman Project implements in part the Quincy Library Group Pilot Project and is issued pursuant to the 2004 Framework challenged in this litigation; and

WHEREAS Plaintiffs intend to file a motion for a preliminary injunction to prevent Federal Defendants from awarding contracts for the Freeman Project or otherwise commencing on-the-ground operations, together with a motion for an order shortening time so that the motion for a preliminary injunction can be heard by the Court before June 18, 2007; and

WHEREAS Federal Defendants will oppose Plaintiffs' motion for a preliminary injunction but do not oppose the motion for an order shortening time,

NOW THEREFORE, in order to resolve Plaintiffs' motion for a preliminary injunction regarding the Freeman Project, the parties stipulate as follows:

| | |
|---|---|
| May 22, 2007: | Plaintiffs file their motion, together with supporting papers. |
| May 30, 2007: | Federal Defendants file their opposition to plaintiffs' motion. |
| May 31, 2007: (12:00 noon PDT) | Defendant-Intervenors file their oppositions to plaintiffs' motion, no later than 12:00 noon Pacific Daylight Time. Defendant-Intervenors shall coordinate to the maximum extent possible to minimize duplicate briefing. |
| June 5, 2007: | Plaintiffs file their reply, if any. |

The parties further stipulate that the Court may hear Plaintiffs' motion for a preliminary injunction on shortened time, and respectfully request a hearing date of June 8, 2007 at 9:00 a.m. which they are informed by the Clerk of the Court is available.

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   |   |
| 3 | DATED:  May 22, 2007 | /s/ Michael R. Sherwood |
|   |   | MICHAEL R. SHERWOOD |
|   |   | GREGORY C. LOARIE |
| 4 |   | Earthjustice |
|   |   | 426 17th Street, 5th Floor |
| 5 |   | Oakland, CA 94612 |
|   |   | Tel. (510) 550-6725 |
| 6 |   | Fax (510) 550-6749 |

PATRICK GALLAGHER
Sierra Club Environmental Law Program
85 2nd Street, 4th Floor
San Francisco, CA 94109-3441
(415) 977-5709

ERIC E. HUBER, *Pro Hac Vice*
Sierra Club Environmental Law Program
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595

DAVID B. EDELSON
840 Grizzly Peak Boulevard
Berkeley, CA 94708
(510) 527-4116

*Counsel for Plaintiffs Sierra Forest Legacy, et al.*

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environmental & Natural Resources Division
WELLS D. BURGESS
Special Counsel
CYNTHIA HUBER
Acting Assistant Chief
BRIAN C. TOTH
RACHEL A. DOUGAN
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC  20044-0663
Tel. (202) 305-0639
Fax (202) 305-0506

/s/ Barclay Samford (authorized 5/22/07)
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice

1961 Stout Street, 8th Floor
Denver, CO 80294
Tel.: (303) 844-1475
Fax: (303) 844-1350

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel.:    (916) 554-2702
Fax:    (916) 554-2900

*Counsel for Federal Defendants Mark Rey, et al.*


STEVEN P. RICE
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Tel. (949) 263-8505
Fax (949) 263-8414
srice@crowell.com

J. MICHAEL KLISE, *Pro Hac Vice*
STEVEN P. QUARLES

/s/ Thomas R. Lundquist (authorized 5/22/07)
THOMAS R. LUNDQUIST, *Pro Hac Vice*
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
Tel. (202) 624-2629
Fax (202) 628-5116

*Counsel for Defendant-Intervenors*
*Tuolumne County Alliance for Resources &*
*Environment, et al.*


/s/ Michael B. Jackson (authorized 5/22/07)
MICHAEL B. JACKSON
429 West Main St.
P.O. Box 207
Quincy, CA 95971
Tel. (530) 283-1007

*Counsel for Defendant-Intervenors*
*Quincy Library Group, et al.*

1
2
3
4
5
6
7
8

/s/ Brian A. Kelly (authorized 5/22/07)
BRIAN A. KELLY
ADAM STRACHAN
Duane Morris LLP
Four Embarcadero Center, Suite 300
San Francisco, CA  94111
Tel. (415) 981-5550
Fax (415) 955-2599
JOHN E. FAGAN
Duane Morris LLP
850 North Lake Blvd., Suite 15
P.O. Box 7199
Tahoe City, CA  96145-7199
Tel. (530) 583-7767
Fax (530) 581-3215

*Counsel for Defendant-Intervenor
California Ski Industry Association*


/s/ William J. Thomas (authorized 5/22/07)
WILLIAM J. THOMAS
Law Offices of William J. Thomas
1201 K. Street, Suite 1100
Sacramento, CA  95814-3938
Tel. (916) 442-1111
Fax (916) 448-1709

*Counsel for Defendant-Intervenor
California Cattlemen's Association*


**APPROVED AND SO ORDERED**.  Hearing on Plaintiffs' motion for preliminary injunction shall be Friday, June 8, 2007 at 9:00 a.m.

DATED: May 25, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE