IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*,<br>            Plaintiffs,<br><br>       v.<br><br>MARK REY, in this official capacity as<br>Under Secretary of Agriculture, *et al.*,<br>            Defendants,<br>       and<br><br>CALIFORNIA FORESTRY ASS'N,<br>TUOLUMNE COUNTY ALLIANCE FOR<br>RESOURCES & ENV'T, *et al.*,<br>            Intervenor-Defendants. | Case No. CIV-S-05-0205 MCE/GGH<br><br>Related Cases:  CIV-S-05-0211 MCE/GGH<br>                        CIV-S-05-0905 MCE/GGH<br>                        CIV-S-05-0953 MCE/GGH<br><br>ORDER GRANTING DEFENDANT-<br>INTERVENOR TUCARE'S REQUEST TO<br>APPEAR AT THE JUNE 8 HEARING BY<br>TELEPHONE<br><br>Hon. Morrison C. England, Jr.<br><br>Preliminary Injunction Hearing Scheduled<br>June 8, 2007<br>Courtroom 3, 9 AM |

The Court GRANTS the request of Thomas R. Lundquist to appear at the June 8 preliminary injunction hearing by telephone for Intervenor-Defendants Tuolomne County Alliance for Resources and Environment, and California Forestry Ass'n *et al.*  The Court staff will call Mr. Lundquist at 202-624-2667. Mr. Lundquist shall initiate the call to the Court by calling  (916) 930-    on June 8. 2007 at 9:00 a.m.

Dated: May 30, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE