**BRIAN A. KELLY (SBN 124738)**
**DUANE MORRIS LLP**
**One Market, Spear Tower, Suite 2000**
**San Francisco, CA  94105**
**Telephone:  (415) 957-3000**
**Facsimile:   (415) 957-3001**
**Email:  bakelly@duanemorris.com**

**JOHN E. FAGAN (SBN 107974)**
**DUANE MORRIS LLP**
**850 North Lake Boulevard, Suite 15**
**P.O. Box 7199**
**Tahoe City, California  96145-7199**
**Telephone:  (530) 583-7767**
**Facsimile:   (530) 581-3215**
**Email:  jefagan@duanemorris.com**

**Attorneys for**
**CALIFORNIA SKI INDUSTRY ASSOCIATION**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>            Defendants. | CASE NO. 2:05-cv-00211-MCE-GGH<br><br>**Assigned for All Purposes to:**<br>**The Honorable Morris C. England, Jr.**<br>**Courtroom 3, 15th Floor**<br><br>**ORDER GRANTING DEFENDANT-INTERVENOR CALIFORNIA SKI INDUSTRY ASSOCIATION'S REQUEST TO APPEAR AT THE JUNE 8 PRELIMINARY INJUNCTION HEARING BY TELEPHONE** |
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>MARK REY, et al.,<br><br>            Defendants. | CASE NO. 2:05-cv-00205-MCE-GGH |

|   |   |
|---|---|
| PACIFIC RIVERS COUNCIL,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>      Defendants. | CASE NO. 2:05-CV-00953-MCE-GGH |

The Court GRANTS the request of Brian A. Kelly to appear at the June 8, preliminary injunction hearing by telephone for Intervenor-Defendants California Ski Industry Association. The Court staff will call Mr. Kelly at (215) 979-7320.

Dated: June 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE