MICHAEL R. SHERWOOD, CA Bar No. 63702
GREGORY C. LOARIE, CA Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

PATRICK GALLAGHER, CA Bar No. 146105
Sierra Club Environmental Law Program
85 2nd Street, 4th Floor
San Francisco, CA 94109-3441
(415) 977-5709

ERIC E. HUBER, CO Bar No. 700024, *Pro Hac Vice*
Sierra Club Environmental Law Program
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595

DAVID B. EDELSON, CA Bar No. 104390
840 Grizzly Peak Boulevard
Berkeley, CA 94708
(510) 527-4116

*Counsel for Plaintiffs*
*Sierra Forest Legacy, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N, <br><br> Defendant-Intervenors. | Case No: 2:05-cv-00205-MCE-GGH <br><br> STIPULATION AND JOINT REQUEST REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND FOR ORDER SETTING HEARING ON SHORTENED TIME <br><br> ORDER |

1

WHEREAS on June 8, 2007, the Court heard argument on plaintiffs' Motion for a Preliminary Injunction to prevent federal defendants from awarding contracts for the Freeman Project in Plumas National Forest, which motion was based on the premise that the Freeman Project implements the 2004 Framework's management standards and guidelines at issue in this litigation; and

WHEREAS the Court denied plaintiffs' motion without prejudice from the bench, indicating its belief that it lacked jurisdiction to issue injunctive relief because the Freeman Project was not specifically named in plaintiffs' First Amended Complaint, and suggesting that the Court would entertain, on an expedited basis, a motion for leave to file a Second Amended Complaint that includes the Freeman Project; and

WHEREAS plaintiffs aver that the Slapjack Project is an additional project located in the Plumas National Forest that also implements the 2004 Framework and has been approved by the federal defendants and may be implemented in the near future, and that plaintiffs wish to include in the Second Amended Complaint to obviate any jurisdictional concerns that may arise in future motion proceedings; and

WHEREAS plaintiffs aver that they have prepared a Second Amended Complaint for Declaratory and Injunctive Relief which alleges that the Freeman and Slapjack projects are illegal and should be enjoined because they implement the 2004 Framework, but does not allege that the Freeman or Slapjack projects suffer from independent violations of law; and

WHEREAS federal defendants and defendant-intervenors oppose plaintiffs' motion for leave to file a Second Amended Complaint but do not oppose hearing the motion on shortened time; and

WHEREAS the parties are advised by the Clerk of the Court that July 16, 2007 at 9:00a.m. is available on the Court's calendar to hear the motion;

NOW THEREFORE, the parties stipulate as follows:

1. Federal defendants' and defendant-intervenors' briefs in opposition to the motion, if any, shall be filed no later than Friday, July 6, 2007, and plaintiffs' reply, if any, shall be filed no later than Tuesday, July 10, 2007.

2. Plaintiffs' motion for leave to file a Second Amended Complaint may be heard on shortened time on July 16, 2007 at 9:00 a.m. The parties may appear by telephone.

                              Respectfully submitted,

DATED: July 2, 2007                /s/ Michael R. Sherwood
                                        MICHAEL R. SHERWOOD
                                        GREGORY C. LOARIE
                                        Earthjustice
                                        426 17th Street, 5th Floor
                                        Oakland, CA 94612
                                        Tel. (510) 550-6725
                                        Fax (510) 550-6749

                                        PATRICK GALLAGHER
                                        Sierra Club Environmental Law Program
                                        85 2nd Street, 4th Floor
                                        San Francisco, CA 94109-3441
                                        (415) 977-5709

                                        ERIC E. HUBER, *Pro Hac Vice*
                                        Sierra Club Environmental Law Program
                                        2260 Baseline Road, Suite 105
                                        Boulder, CO 80302
                                        (303) 449-5595

                                        DAVID B. EDELSON
                                        840 Grizzly Peak Boulevard
                                        Berkeley, CA 94708
                                        (510) 527-4116

                                        *Counsel for Plaintiffs Sierra Forest Legacy, et al.*

                                        MATTHEW J. McKEOWN
                                        Acting Assistant Attorney General
                                        Environmental & Natural Resources Division
                                        WELLS D. BURGESS
                                        Special Counsel
                                        CYNTHIA HUBER
                                        Acting Assistant Chief
                                        BRIAN C. TOTH
                                        RACHEL A. DOUGAN
                                        Trial Attorneys
                                        United States Department of Justice
                                        Environment & Natural Resources Division
                                        P.O. Box 663
                                        Washington, DC  20044-0663
                                        Tel. (202) 305-0639
                                        Fax (202) 305-0506

                                        /s/ Barclay Samford (authorized 7/2/07)
                                        BARCLAY SAMFORD

Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel.: (303) 844-1475
Fax: (303) 844-1350

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel.: (916) 554-2702
Fax: (916) 554-2900

*Counsel for Federal Defendants Mark Rey, et al.*


STEVEN P. RICE
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Tel. (949) 263-8505
Fax (949) 263-8414
srice@crowell.com


STEVEN P. QUARLES

/s/ J. Michael Klise (authorized 7/2/07)
J. MICHAEL KLISE, *Pro Hac Vice*
THOMAS R. LUNDQUIST, *Pro Hac Vice*
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
Tel. (202) 624-2629
Fax (202) 628-5116

*Counsel for Defendant-Intervenors*
*Tuolumne County Alliance for Resources &*
*Environment, et al.*


/s/ Michael B. Jackson (authorized 7/2/07)
MICHAEL B. JACKSON
429 West Main St.
P.O. Box 207
Quincy, CA 95971
Tel. (530) 283-1007

*Counsel for Defendant-Intervenors*
*Quincy Library Group, et al.*

4

/s/ Brian A. Kelly (authorized 7/2/07)
BRIAN A. KELLY
ADAM STRACHAN
Duane Morris LLP
Four Embarcadero Center, Suite 300
San Francisco, CA  94111
Tel. (415) 981-5550
Fax (415) 955-2599
JOHN E. FAGAN
Duane Morris LLP
850 North Lake Blvd., Suite 15
P.O. Box 7199
Tahoe City, CA  96145-7199
Tel. (530) 583-7767
Fax (530) 581-3215

*Counsel for Defendant-Intervenor
California Ski Industry Association*

(Counsel unavailable)
WILLIAM J. THOMAS
Law Offices of William J. Thomas
1201 K. Street, Suite 1100
Sacramento, CA  95814-3938
Tel. (916) 442-1111
Fax (916) 448-1709

*Counsel for Defendant-Intervenor
California Cattlemen's Association*

**APPROVED AND SO ORDERED**.  Plaintiffs' motion for leave to file their Second Amended Complaint For Declaratory and Injunctive Relief will be heard on shortened time on July 16, 2007 at 9:00 a.m.  Counsel may appear by telephone.  Federal defendants' and defendant-intervenors' briefs in opposition to the motion, if any, shall be filed no later than Friday, July 6, 2007.  Plaintiffs' reply, if any, shall be filed no later than Tuesday, July 10, 2007.

DATED:  7/5/2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

5