1  MICHAEL R. SHERWOOD, CA Bar No. 63702
   GREGORY C. LOARIE, CA Bar No. 215859
2  Earthjustice
   426 17th Street, 5th Floor
3  Oakland, CA 94612
   (510) 550-6725
4
   PATRICK GALLAGHER, CA Bar No. 146105
5  Sierra Club Environmental Law Program
   85 2nd Street, 4th Floor
6  San Francisco, CA 94109-3441
   (415) 977-5709
7
   ERIC E. HUBER, CO Bar No. 700024, *Pro Hac Vice*
8  Sierra Club Environmental Law Program
   2260 Baseline Road, Suite 105
9  Boulder, CO 80302
   (303) 449-5595
10
   DAVID B. EDELSON, CA Bar No. 104390
11 840 Grizzly Peak Boulevard
   Berkeley, CA 94708
12 (510) 527-4116
13 *Counsel for Plaintiffs*
   *Sierra Forest Legacy, et al.*
14
                 IN THE UNITED STATES DISTRICT COURT
15              FOR THE EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION
16
   SIERRA FOREST LEGACY, *et al.*,          )  Case No:  2:05-cv-00205-MCE-GGH
17                                          )
                 Plaintiffs,                )
18                                          )  STIPULATION AND JOINT APPLICATION
          v.                                )  FOR ORDER SHORTENING TIME
19                                          )  REGARDING MOTION FOR
                                            )  PRELIMINARY INJUNCTION
20 MARK REY, in his official capacity as Under )
   Secretary of Agriculture, *et al.*,       )
21                                          )  ORDER
                 Federal Defendants,        )
22                                          )
          and                               )
23                                          )
   TUOLUMNE COUNTY ALLIANCE FOR             )
24 RESOURCES & ENVIRONMENT, *et al.*;        )
   CALIFORNIA SKI INDUSTRY ASS'N; QUINCY    )
25 LIBRARY GROUP, *et al.*; and CALIFORNIA   )
   CATTLEMEN'S ASS'N,                       )
26                                          )
                 Defendant-Intervenors.     )
27 _____ )
28

Plaintiffs Sierra Forest Legacy *et al.,* Federal Defendants Mark Rey *et al.,* Defendant-Intervenors Tuolumne County Alliance for Resources & Environment *et al.,* Defendant-Intervenors Quincy Library Group, *et al.,* and Defendant-Intervenors California Cattlemen's Association,[1] by their undersigned attorneys, hereby stipulate as follows:

WHEREAS Federal Defendants notified Plaintiffs on August 6, 2007, that the Forest Service intends to award timber sales implementing the Freeman Project on August 31, 2007, and that logging may proceed shortly thereafter;

WHEREAS Plaintiffs have notified Defendants and Defendant-Intervenors that they intend to move for a preliminary injunction to halt the Freeman Project until this case is resolved on its merits;

WHEREAS pursuant to the timeline set forth in Local Rule 78-230 a hearing on Plaintiffs' motion could not be heard prior to August 31, 2007; and

WHEREAS Plaintiffs are advised by the Clerk of the Court that August 23, 2007, at 11:00 a.m. is available on the Court's calendar to hear Plaintiffs' motion for preliminary injunction;

NOW THEREFORE, the parties stipulate as follows:

1.    Plaintiffs will file their motion for preliminary injunction no later than August 10, 2007.

2.    Defendants and Defendant-Intervenors will file their oppositions no later than August 17, 2007.

3.    Plaintiffs will file their reply, if any, no later than August 21, 2007.

4.    Plaintiffs' motion for preliminary injunction will be scheduled for hearing on August 23, 2007, at 11:00 a.m.  Argument will be based on the briefs and no witnesses will be presented. Counsel may appear at the hearing by telephone.

---

[1] Plaintiffs have been unable to reach counsel for Defendant-Intervenors California Ski Industry.  However, Plaintiffs' motion for preliminary injunction involves a logging project in Plumas National Forest and does not affect the interests of the ski industry.

1  DATED:  August 8, 2007                    Respectfully submitted,

2

3                                            /s/ David B. Edelson
                                             DAVID B. EDELSON
                                             840 Grizzly Peak Boulevard
4                                            Berkeley, CA 94708
                                             (510) 527-4116

5

6                                            MICHAEL R. SHERWOOD
                                             GREGORY C. LOARIE
7                                            Earthjustice
                                             426 17th Street, 5th Floor
                                             Oakland, CA 94612
8                                            Tel. (510) 550-6725
                                             Fax (510) 550-6749

9

10                                           PATRICK GALLAGHER
                                             Sierra Club Environmental Law Program
                                             85 2nd Street, 4th Floor
11                                           San Francisco, CA 94109-3441
                                             (415) 977-5709

12

13                                           ERIC E. HUBER, *Pro Hac Vice*
                                             Sierra Club Environmental Law Program
                                             2260 Baseline Road, Suite 105
14                                           Boulder, CO 80302
                                             (303) 449-5595

15

                                             *Counsel for Plaintiffs Sierra Forest Legacy, et al.*
16

17                                           RONALD J. TENPAS
                                             Acting Assistant Attorney General
18                                           Environmental & Natural Resources Division
                                             WELLS D. BURGESS
19                                           Special Counsel
                                             CYNTHIA HUBER
20                                           Acting Assistant Chief
                                             BRIAN C. TOTH
21                                           RACHEL A. DOUGAN
                                             Trial Attorneys
22                                           United States Department of Justice
                                             Environment & Natural Resources Division
23                                           P.O. Box 663
                                             Washington, DC  20044-0663
24                                           Tel. (202) 305-0639
                                             Fax (202) 305-0506

25

26                                           /s/ Barclay Samford (authorized 8/8/07)
                                             BARCLAY SAMFORD
                                             Trial Attorney
27                                           Natural Resources Section
                                             Environment & Natural Resources Division
28                                           U.S. Department of Justice

1961 Stout Street, 8th Floor
Denver, CO 80294
Tel.: (303) 844-1475
Fax: (303) 844-1350

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel.:    (916) 554-2702
Fax:    (916) 554-2900

*Counsel for Federal Defendants Mark Rey, et al.*


/s/ Thomas R. Lundquist (authorized 8/8/07)
THOMAS R. LUNDQUIST, *Pro Hac Vice*
J. MICHAEL KLISE, *Pro Hac Vice*
STEVEN P. QUARLES
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

*Counsel for Defendant-Intervenors*
*Tuolumne County Alliance for Resources &*
*Environment, et al.*


/s/ Michael B. Jackson (authorized 8/8/07)
MICHAEL B. JACKSON
429 West Main St.
P.O. Box 207
Quincy, CA 95971
Tel. (530) 283-1007

*Counsel for Defendant-Intervenors*
*Quincy Library Group, et al.*

/s/ William J. Thomas (authorized 8/8/07)
WILLIAM J. THOMAS
Law Offices of William J. Thomas
1201 K. Street, Suite 1100
Sacramento, CA  95814-3938
Tel. (916) 442-1111
Fax (916) 448-1709

*Counsel for Defendant-Intervenor*
*California Cattlemen's Association*

**IT IS SO ORDERED**.

DATED: August 9, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE