**BRIAN A. KELLY (SBN 124738)**
**DUANE MORRIS LLP**
**One Market, Spear Tower, Suite 2000**
**San Francisco, CA  94105**
**Telephone:  (415) 957-3000**
**Facsimile:  (415) 957-3001**
**Email:  bakelly@duanemorris.com**

**JOHN E. FAGAN (SBN 107974)**
**DUANE MORRIS LLP**
**850 North Lake Boulevard, Suite 15**
**P.O. Box 7199**
**Tahoe City, California  96145-7199**
**Telephone:  (530) 583-7767**
**Facsimile:  (530) 581-3215**
**Email:  jefagan@duanemorris.com**

**Attorneys for**
**CALIFORNIA SKI INDUSTRY ASSOCIATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>            Defendants.<br><br>SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>MARK REY, et al.,<br><br>            Defendants. | CASE NO. 2:05-CV-00205-MCE-GGH<br><br>**Assigned for All Purposes to:**<br>**The Honorable Morris C. England, Jr.**<br>**Courtroom 3, 15th Floor**<br><br>**ORDER GRANTING CALIFORNIA SKI INDUSTRY ASSOCIATION'S REQUEST FOR TELEPHONIC APPEARANCE AT THE AUGUST 23, 2007 HEARING**<br><br>Hon. Morrison C. England Jr.<br><br>Hearing Scheduled: August 23, 2007<br>Courtroom 3, 11:00 AM |

1  PACIFIC RIVERS COUNCIL,

2            Plaintiff,

3       v.

4  UNITED STATES FOREST SERVICE, et al.,

5            Defendants.

6

7

8       This Court GRANTS the request of Brian A. Kelly, counsel for Defendant-Intervenor California Ski Industry Association, to appear by telephone at the august 23, 2007, preliminary injunction hearing in related Case No. CIV-S-05-0205.  Court staff will call Mr. Kelly at (415) 957-3213 on August 23, 2007 at 11:00 a.m.

Dated:  August 21, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING CSIA'S REQUEST FOR TELEPHONIC APPEARANCE AT THE AUGUST 23, 2007 HEARING

DM1\1174304.1 00369-00003