IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al*., | Case No. CIV-S-05-0205 MCE/GGH |
| Plaintiffs, | Related Cases:  CIV-S-05-0211 MCE/GGH |
| v. |                          CIV-S-05-0905 MCE/GGH |
|  |                          CIV-S-05-0953 MCE/GGH |
| MARK REY, in this official capacity as Under Secretary of Agriculture, *et al.*, | ORDER GRANTING DEFENDANT-INTERVENOR TUCARE'S REQUEST TO APPEAR AT THE AUGUST 23 HEARING BY TELEPHONE |
| Defendants, and |  |
|  | Hon. Morrison C. England, Jr. |
| CALIFORNIA FORESTRY ASS'N, TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENV'T, *et al*., | Preliminary Injunction Hearing Scheduled August 23, 2007 |
| Intervenor-Defendants. | Courtroom 3, 11 AM |

Pursuant to the Court's Order of August 9, 2007, the Court GRANTS the request of Thomas R. Lundquist to appear at the June 8 preliminary injunction hearing by telephone for Intervenor-Defendants Tuolomne County Alliance for Resources and Environment, and California Forestry Ass'n *et al.*  The Court staff will call Mr. Lundquist at 202-624-2667.

Dated: August 21, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE