RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA HUBER
Assistant Section Chief
BRIAN C. TOTH
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:    (303) 844-1475
Facsimile:    (303) 844-1350

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:    (916) 554-2702
Facsimile:    (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*, | No. CIV-S-05-0205 MCE/GGH |
| Plaintiffs, | Related Cases: CIV-05-0211 MCE/GGH |
| | CIV-05-0905 MCE/GGH |
| v. | CIV-05-0953 MCE/GGH |
| MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*, | **JOINT STIPULATION STAYING CONSIDERATION OF MOTION FOR PRELIMINARY INJUNCTION** |
| Federal Defendants, | |
| and | |
| TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N, | |
| Defendant-Intervenors. | |

The parties to the above-entitled action, by their undersigned counsel of record, have conferred and hereby stipulate as follows:

WHEREAS on August 6, 2007, Federal Defendants notified Plaintiffs that they intend to award logging contracts for Freeman Project on August 31, 2007, and on-the-ground operations could begin very soon after contracts are awarded; and

WHEREAS on August 10, 2007, Plaintiffs moved this Court to enjoin preliminarily the Freeman Project pending the Court's ruling on the parties' pending cross-motions for summary judgment, and a hearing on Plaintiffs' motion for preliminary injunction is currently scheduled for August 23, 2007 at 11:00 a.m.; and

WHEREAS on August 16, 2007, Plaintiffs, Federal Defendants, and Defendant-Intervenor Quincy Library Group met informally to discuss potential resolution of Plaintiffs' objections to the Freeman project and additional projects proposed under the 2004 Framework; and

WHEREAS the parties have agreed that further negotiation regarding the Freeman Project and other projects is appropriate;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. To allow the parties time to conduct further negotiations regarding the Freeman Project, the parties request that the hearing on Plaintiffs' motion for preliminary injunction currently scheduled for August 23, 2007 at 11:00 a.m. be rescheduled for September 7, 2007 at 11:00 a.m.

2. The parties agree that the Federal Defendants may proceed to award logging contracts for the Freeman Project no sooner than August 31, 2007, *provided that*:

   a. The award of contracts for the Freeman Project may not be cited by any party or considered by the Court as a factor in considering the balance of hardships in this case;

   b. Federal Defendants will require, as a condition of contract award, that any contracts for the Freeman Project awarded before September 15, 2007, require that the purchaser not begin operations until September 15, 2007. Federal Defendants will promptly provide confirmation of this requirement to Plaintiffs;

   c. The agreement to delay implementation may not be cited by any party or considered by the Court to indicate a lack of imminent need for the work in the Freeman Project.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 21, 2007 | Respectfully submitted, |
| 3 | |   /s/ Gregory C. Loarie   |
| | | GREGORY C. LOARIE |
| 4 | | MICHAEL R. SHERWOOD |
| | | Earthjustice |
| 5 | | 426 17th Street, 5th Floor |
| | | Oakland, CA 94612 |
| 6 | | |
| | | DAVID B. EDELSON |
| 7 | | 840 Grizzly Peak Blvd |
| | | Berkeley, CA 80302 |
| 8 | | |
| | | PATRICK GALLAGHER |
| 9 | | Sierra Club Environmental Law Program |
| | | 85 2nd St., Fourth Floor |
| 10 | | San Francisco, CA 94109-3441 |
| 11 | | Attorneys for Plaintiffs Sierra Forest Legacy et al. |
| 12 | | |
| | Dated:  August 21, 2007 | Respectfully submitted, |
| 13 | | |
| | | RONALD J. TENPAS |
| 14 | | Acting Assistant Attorney General |
| | | Environment & Natural Resources Division |
| 15 | | |
| | | /s/ Barclay T. Samford |
| 16 | | BARCLAY T. SAMFORD |
| | | Trial Attorney |
| 17 | | Natural Resources Section |
| | | Environment & Natural Resources Division |
| 18 | | U.S. Department of Justice |
| | | 1961 Stout Street - 8th Floor |
| 19 | | Denver, CO 80294 |
| 20 | | Attorneys for Federal Defendants |
| 21 | | |
| | Dated: August 21, 2007 | Respectfully submitted, |
| 22 | | |
| | | Steven P. Rice (SBN 094321) |
| 23 | | CROWELL & MORING LLP |
| | | 3 Park Plaza |
| 24 | | 20th Floor |
| | | Irvine, CA 92614-8505 |
| 25 | | |
| | | /s/ Thomas R. Lundquist |
| 26 | | Thomas R. Lundquist (D.C. Bar No. 968123, pro hac vice) |
| | | J. Michael Klise (D.C. Bar No. 412420; pro hac vice) |
| 27 | | Steven P. Quarles (D.C. Bar No. 351668) |
| | | CROWELL & MORING LLP |
| 28 | | 1001 Pennsylvania Avenue, N.W. |
| | | Washington, D.C. 20004-2595 |

Attorneys for Intervenor Defendants Tuolumne County Alliance for Resources & Environment, *et al.*

Dated: August 21, 2007              Respectfully submitted,

 /s/ William J. Thomas
WILLIAM J. THOMAS
Best Best & Krieger LLP
400 Capitol Mall, Suite 1650
Sacramento, CA 95814

Attorneys for Intervenor Defendant California Cattlemen's Association

Dated: August 21, 2007              Respectfully submitted,

 /s/ Brain A. Kelly
BRAIN A. KELLY
DUANE MORRIS, LLP
One Market St., Spear Tower, Suite 2000
San Francisco, CA 94105

Attorneys for Intervenor Defendant California Ski Industry Association

Dated: August 21, 2007              Respectfully submitted

 /s/ Michael B. Jackson
MICHAEL B. JACKSON
429 West Main St.
Quincy, CA

Attorney for Defendant Intervenors Quincy Library Group and Plumas County

**ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED. The hearing on Plaintiffs' motion for preliminary injunction currently scheduled for August 23, 2007 at 11:00 is rescheduled for September 7, 2007 at 11:00 a.m.

Dated: August 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE