| | |
|---|---|
| 1 | MICHAEL R. SHERWOOD, CA Bar No. 63702 |
| | GREGORY C. LOARIE, CA Bar No. 215859 |
| 2 | Earthjustice |
| | 426 17th Street, 5th Floor |
| 3 | Oakland, CA 94612 |
| | (510) 550-6725 |
| 4 | |
| | PATRICK GALLAGHER, CA Bar No. 146105 |
| 5 | Sierra Club Environmental Law Program |
| | 85 2nd Street, 4th Floor |
| 6 | San Francisco, CA 94109-3441 |
| | (415) 977-5709 |
| 7 | |
| | ERIC E. HUBER, CO Bar No. 700024, *Pro Hac Vice* |
| 8 | Sierra Club Environmental Law Program |
| | 2260 Baseline Road, Suite 105 |
| 9 | Boulder, CO 80302 |
| | (303) 449-5595 |
| 10 | |
| | DAVID B. EDELSON, CA Bar No. 104390 |
| 11 | 840 Grizzly Peak Boulevard |
| | Berkeley, CA 94708 |
| 12 | (510) 527-4116 |
| 13 | *Counsel for Plaintiffs* |
| | *Sierra Forest Legacy, et al.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*, | Case No: 2:05-cv-00205-MCE-GGH |
| Plaintiffs, | |
| v. | ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME |
| MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*, | |
| Federal Defendants, | |
| and | |
| TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N, | |
| Defendant-Intervenors. | |

1

1  The Court, having considered plaintiffs' application for order shortening time, hereby orders
2  that plaintiffs' motion for preliminary injunction will be briefed and heard as follows.  Plaintiffs'
3  opening brief will be filed no later than September 10, 2007.  Opposition briefs will be filed no later
4  than September 14, 2007.  Plaintiffs' reply brief will be filed no later than September 18, 2007.  This
5  Court will hear plaintiffs' motion on September 21, 2007, at 9 a.m.  No live witnesses will be
6  presented.  Counsel may appear at the hearing by telephone.
7  IT IS SO ORDERED

9  DATE: September 10, 2007

       _____
       MORRISON C. ENGLAND, JR
       UNITED STATES DISTRICT JUDGE