IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*, | Case No: CIV-S-05-0205 MCE/GGH |
| Plaintiffs, | |
| v. | ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE SEPTEMBER 21 HEARING |
| MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*, | Hon. Morrison C. England, Jr. |
| Federal Defendants, | Hearing Scheduled September 21, 2007 Courtroom 3, 9:00 a.m. |
| and | |
| TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N, | |
| Defendant-Intervenors. | |

The Court hereby GRANTS the request of Michael R. Sherwood to appear at the September 21 hearing by telephone for plaintiffs Sierra Forest Legacy, et al. The Court staff will call Mr. Sherwood at (510) 550-6700.

DATED: September 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1