MICHAEL R. SHERWOOD, CA Bar No. 63702
GREGORY C. LOARIE, CA Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

PATRICK GALLAGHER, CA Bar No. 146105
Sierra Club Environmental Law Program
85 2nd Street, 4th Floor
San Francisco, CA 94109-3441
(415) 977-5709

ERIC E. HUBER, CO Bar No. 700024, *Pro Hac Vice*
Sierra Club Environmental Law Program
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595

DAVID B. EDELSON, CA Bar No. 104390
840 Grizzly Peak Boulevard
Berkeley, CA 94708
(510) 527-4116

*Counsel for Plaintiffs*
*Sierra Forest Legacy, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*, | Case No: CIV-S-05-0205 MCE/GGH |
| Plaintiffs, | |
| v. | STIPULATION REGARDING REMEDY BRIEFING SCHEDULE |
| MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*, | ORDER |
| Federal Defendants, | |
| and | |
| TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N, | |
| Defendant-Intervenors. | |

Plaintiffs Sierra Forest Legacy *et al.,* Federal Defendants Mark Rey *et al.,* Defendant-Intervenors Tuolumne County Alliance for Resources & Environment *et al.,* Defendant-Intervenors Quincy Library Group, *et al.,* Defendant-Intervenors California Cattlemen's Association, and Defendant-Intervenor California Ski Industry Association, by their undersigned attorneys, hereby stipulate as follows:

WHEREAS this Court's August 1, 2008 Memorandum and Order directed the parties to propose a briefing schedule to the Court regarding remedy within ten days,

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiffs will file their opening brief no later than September 29, 2008.

2. Defendants and Defendant-Intervenors will file their opening briefs no later than October 22, 2008.

3. Plaintiffs will file their reply brief no later than November 12, 2008.

4. Defendants and Defendant-Intervenors will file their final briefs no later than November 26, 2008. The final briefs will not include any new declarations or new arguments.

5. The parties request that the Court schedule a hearing on remedy on or after December 8, 2008. Arguments will be based on the briefs, declarations (if any), and record and no witnesses will be presented. Counsel may appear at the hearing by telephone.

DATED: August 11, 2008                    Respectfully submitted,

/s/ David B. Edelson
DAVID B. EDELSON
MICHAEL R. SHERWOOD
GREGORY C. LOARIE
PATRICK GALLAGHER
ERIC E. HUBER, *Pro Hac Vice*
*Counsel for Plaintiffs Sierra Forest Legacy, et al.*

/s/ Barclay Samford (authorized 8/11/08)
RONALD J. TENPAS
Assistant Attorney General
BARCLAY SAMFORD

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
*Counsel for Federal Defendants Mark Rey, et al.*

PDF created with pdfFactory trial version www.pdffactory.com

/s/Thomas R. Lundquist (authorized 8/11/08)
THOMAS R. LUNDQUIST, *Pro Hac Vice*
J. MICHAEL KLISE, *Pro Hac Vice*
STEVEN P. QUARLES
*Counsel for Defendant-Intervenors*
*Tuolumne County Alliance for Resources &*
*Environment, et al.*

/s/ Michael B. Jackson (authorized 8/8/08)
MICHAEL B. JACKSON
*Counsel for Defendant-Intervenors*
*Quincy Library Group, et al.*

/s/ William J. Thomas (authorized 8/8/08)
WILLIAM J. THOMAS
*Counsel for Defendant-Intervenor*
*California Cattlemen's Association*

/s/ Brian Kelly (authorized 8/11/08)
BRIAN KELLY
*Counsel for Defendant-Intervenor*
*California Ski Industry Association*

**IT IS SO ORDERED**

DATED: August 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com