EDMUND G. BROWN JR.
Attorney General of the State of California
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
SALLY MAGNANI
Supervising Deputy Attorney General
JANILL L. RICHARDS
Deputy Attorney General
State Bar No. 173817
   1515 Clay Street, 20th Floor
   P.O. Box 70550
   Oakland, CA  94612-0550
   Telephone: (510) 622-2130
   Fax: (510) 622-2270
   Email: Janill.Richards@doj.ca.gov

Attorneys for People of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,**<br><br>                          Plaintiff,<br><br>     v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE et al.**<br><br>                          Defendants. | CIV 2:05-cv-00211 MCE GGH<br><br>**STIPULATION REGARDING REMEDY BRIEFING SCHEDULE**; **ORDER**<br><br>Related Case Nos.<br>CIV 2:05-cv-0205 MCE GGH<br>CIV 2:05-cv-0953 MME GGH<br>CIV 2:05-cv-0905 MME GGH |

The Court in its August 19, 2008, Memorandum and Order directed the parties in this matter to propose a briefing schedule regarding remedy within ten days.

Plaintiff the People of the State of California, Federal Defendants United States Department of Agriculture, et al., and Defendant-Intervenors Tuolumne County Alliance for Resources & Environment et al., Defendant-Intervenors Quincy Library Group, et al., Defendant-Intervenors California Cattlemen's Association, and Defendant-Intervenor California Ski Industry Association, by their undersigned attorneys, therefore stipulate as follows:

1. Plaintiff will file its opening brief no later than October 6, 2008.

2. Defendants and Defendant-Intervenors will file their opening briefs no later than October 29, 2008.

3. Plaintiff will file its reply brief no later than November 19, 2008.

4. Defendants and Defendant-Intervenors will file their final briefs no later than December 5, 2008. The final briefs will not include any new declarations or new arguments.

5. The parties request that the Court schedule the hearing on remedy for December 19, 2008 at 9:00 a.m.

Arguments will be based on the briefs, declarations (if any), and the record, and no witnesses will be presented. Counsel may appear at the hearing by telephone.

Dated: September 4, 2008

                              Respectfully submitted,

                              /s/ Janill L. Richards (authorized 8/26/08)
EDMUND G. BROWN JR.
Attorney General of the State of California
JANILL L. RICHARDS
Deputy Attorney General
California Department of Justice

*Attorneys for Plaintiff the People of the State of California*

– signatures continued next page –

| | |
|---|---|
| 1 | /s/ Cynthia S. Huber (authorized 8/26/08) |
|   | RONALD J. TENPAS |
| 2 | Assistant Attorney General |
|   | CYNTHIA S. HUBER |
| 3 | Assistant Section Chief |
|   | BARCLAY SAMFORD |
| 4 | Trial Attorney |
|   | Natural Resources Section |
| 5 | Environment & Natural Resources Division |
|   | U.S. Department of Justice |
| 6 | 1961 Stout Street, 8th Floor |
|   | Denver, CO 80294 |
| 7 | Tel.: (303) 844-1475 |
|   | Fax: (303) 844-1350 |
| 8 | |
|   | McGREGOR W. SCOTT |
| 9 | United States Attorney |
|   | DAVID T. SHELLEDY |
| 10 | Assistant United States Attorney |
|    | 501 I Street, Suite 10-100 |
| 11 | Sacramento, CA 95814 |
|    | Tel.: (916) 554-2702 |
| 12 | Fax: (916) 554-2900 |
| 13 | *Attorneys for Defendants United States Department of Agriculture, et al.* |
| 14 | |
| 15 | /s/ Thomas R. Lundquist (authorized 8/26/08) |
|    | THOMAS R. LUNDQUIST, Pro Hac Vice |
| 16 | J. MICHAEL KLISE, Pro Hac Vice |
|    | STEVEN P. QUARLES |
| 17 | Crowell & Moring LLP |
|    | 1001 Pennsylvania Ave., NW |
| 18 | Washington, DC 20004-2595 |
|    | Tel. (202) 624-2500 |
| 19 | Fax (202) 628-5116 |
| 20 | *Counsel for Defendant-Intervenors* |
|    | *Tuolumne County Alliance for Resources &* |
| 21 | *Environment, et al.* |
| 22 | |
|    | /s/ Michael B. Jackson (authorized 8/26/08) |
| 23 | MICHAEL B. JACKSON |
|    | P.O. Box 207 |
| 24 | Quincy, CA 95971 |
|    | Tel. (530) 283-1007 |
| 25 | |
|    | *Counsel for Defendant-Intervenors* |
| 26 | *Quincy Library Group, et al.* |
| 27 | – signatures continued next page – |
| 28 | |

| | |
|---|---|
| 1 | /s/ William J. Thomas (authorized 8/28/08) |
| | WILLIAM J. THOMAS |
| 2 | Law Offices of William J. Thomas |
| | 1201 K. Street, Suite 1100 |
| 3 | Sacramento, CA 95814-3938 |
| | Tel. (916) 442-1111 |
| 4 | Fax (916) 448-1709 |

*Counsel for Defendant-Intervenor
California Cattlemen's Association*

/s/ Brian Kelly (authorized 8/26/08)
BRIAN KELLY
DuaneMorris
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Tel. (415) 957-3213

*Counsel for Defendant-Intervenor
California Ski Industry Association*

**IT IS SO ORDERED**.

Dated: September 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE