1  Thomas R. Lundquist (*pro hac vice*)
   tlundquist@crowell.com
2  J. Michael Klise (*pro hac vice*)
   jmklise@crowell.com
3  Steven P. Quarles
   squarles@crowell.com
4  CROWELL & MORING LLP
   1001 Pennsylvania Ave., NW
5  Washington, D.C. 20004-2595
   Phone:  202-624-2667
6  Facsimile:  202-628-5116

7  Steven P. Rice (SBN 094321)
   CROWELL & MORING LLP
8  3 Park Plaza
   20th Floor
9  Irvine, CA 92614-8505
   Phone:  949-263-8400
10 Facsimile:  949-263-8414
   srice@crowell.com

Attorneys for Plaintiffs California Forestry Association and American Forest & Paper Association

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA FORESTRY ASSOCIATION and AMERICAN FOREST & PAPER ASSOCIATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAIL KIMBELL, Chief, United States Forest Service,<br>          Defendants,<br>     and<br><br>SIERRA FOREST LEGACY, *et al.*,<br>          Intervenor-Defendants. | Case No. CIV-S-05-0905 MCE/GGH<br><br>Related Cases:  CIV-S-05-0205 MCE/GGH<br>                       CIV-S-05-0211 MCE/GGH<br>                       CIV-S-05-0953 MCE/GGH<br><br>**STIPULATION REGARDING REMEDY BRIEFING SCHEDULE**; ORDER<br><br>Hearing Date:  Dec. 19, 2008<br>Time:  9:00 am<br>Place:  Courtroom 3<br>Hon. Morrison C. England, Jr. |

The Court, in its September 24, 2008 Memorandum and Order, directed the parties in this matter to propose a briefing schedule regarding remedy within ten days.  The Court has scheduled oral argument for December 19, 2008 regarding the appropriate remedy in this case, as well as in related case Nos. CIV-S-05-0205 MCE/GGH and CIV-S-05-0211 MCE/GGH.

Plaintiffs California Forestry Association and American Forest & Paper Association, Federal Defendants Forest Service Chief Kimbell *et al.*, Defendant-Intervenor Sierra Forest Legacy, Defendant-Intervenors Center for Biological Diversity, Natural Resources Defense Council, Wilderness Society, and Sierra Club, and Defendant-Intervenor Pacific Rivers Council, by their undersigned attorneys, therefore stipulate as follows:

1. Plaintiffs will file their opening brief no later than October 13, 2008.
2. Defendants and Defendant-Intervenors will file their opening briefs no later than November 10, 2008.
3. Plaintiffs will file their reply brief no later than November 21, 2008, if needed.
4. Defendants and Defendant-Intervenors will file their final briefs no later than December 8, 2008, if needed.  The final briefs will not include any new declarations or new arguments.
5. At the December 19 hearing on the remedy, arguments will be based on the briefs, declarations (if any), and the record, and no witnesses will be presented. Counsel may appear at the hearing by telephone.

Dated: October 2, 2008

Respectfully submitted,

/s Thomas R. Lundquist
Thomas R. Lundquist (D.C. Bar No. 968123, *pro hac vice*)
J. Michael Klise (D.C. Bar No. 412420; *pro hac vice*)
Steven P. Quarles (D.C. Bar No. 351668)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
Fax:  (202) 628-5116
tlundquist@crowell.com

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
2 | 3 Park Plaza
20th Floor
3 | Irvine, CA 92614-8505
(949) 263-8400
4 | *Attorneys for Plaintiffs California Forestry Association and American Forest & Paper Association*

5 |
/s Barclay Samford (authorized 10/2)
6 | RONALD J. TENPAS
Assistant Attorney General
7 | CYNTHIA S. HUBER
Assistant Section Chief
8 | BARCLAY SAMFORD
9 | Trial Attorney
Natural Resources Section
10 | Environment & Natural Resources Division
U.S. Department of Justice
11 | 1961 Stout Street, 8th Floor
Denver, CO 80294
12 | Tel.: (303) 844-1475
13 | Fax: (303) 844-1350

14 | McGREGOR W. SCOTT
United States Attorney
15 | DAVID T. SHELLEDY
16 | Assistant United States Attorney
501 I Street, Suite 10-100
17 | Sacramento, CA 95814
Tel.: (916) 554-2702
18 | Fax: (916) 554-2900

19 |
*Attorneys for Defendants Gail Kimbell, et al.*
20 | /s Gregory C. Loarie (authorized 10/1/08)
GREGORY C. LOARIE
21 | MICHAEL R. SHERWOOD
Earthjustice
22 | 426 17th Street, 5th Floor
Oakland, CA 94612
23 | Tel. (510) 550-6725
24 | Fax (510) 550-6749

25 | DAVID B. EDELSON
840 Grizzly Peak Boulevard
26 | Berkeley, CA 94708
27 | (510) 527-4116

28 | ERIC E. HUBER, *Pro Hac Vice*
Sierra Club Environmental Law Program

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595
*Attorneys for Defendant-Intervenors Sierra Forest Legacy, Center for Biological Diversity, Natural Resources Defense Council, Wilderness Society, and Sierra Club*

/s Brian Gaffney (authorized 10/2/08)
Brian Gaffney (CSB No. 168778)
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street. Suite 505
San Francisco, CA 94105
Telephone: (415) 442 0711
Facsimile: (415) 442 0713
*Attorneys for Defendant-Intervenor Pacific Rivers Council*

**IT IS SO ORDERED.**

**DATED:** October 10, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Page 3

PDF created with pdfFactory trial version www.pdffactory.com