RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

SIERRA FOREST LEGACY *et al.*,

Plaintiffs,

v.

MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*,

Federal Defendants.

No. CIV-S-05-0205 MCE/GGH

STIPULATION TO MODIFY BRIEFING SCHEDULE

---

(Related Cases)

PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* BILL LOCKYER, Attorney General,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Federal Defendants.

No. CIV-S-05-0211 MCE/GGH

---

CALIFORNIA FORESTRY ASSOCIATION, et al.,

Plaintiffs,

No. CIV-S-05-0905 MCE/GGH

v. )
)
GAIL KIMBELL, Chief, United States Forest Service, et al., )
)
Federal Defendants. )
)

The parties in these three related cases are currently briefing the question of the appropriate remedy. In each case the Court has entered the parties' stipulated briefing schedule. [No. 05-0205, Dkt. No. 257; No. 05-0211, Dkt. No. 176; No. 05-0905, Dkt. No. 134]. The Court has set a hearing on remedy in all three related cases for December 19, 2008.

Under the existing schedule, Defendant and Defendant-Intervenors in Sierra Forest Legacy v. Rey, No. 05-0205 MCE/GGH, are to submit their opening briefs on remedy on October 22, 2008, Plaintiffs are to reply by November 12, 2008, and Defendant and Defendant-Intervenors are to submit their reply by November 26, 2008. [Dkt. No. 257, in Case No. 05-0205].

Counsel for the parties in Sierra Forest Legacy v. Rey have conferred and agreed to extend the deadline for Defendants' opening brief by one week and to extend the deadline for Plaintiffs' reply brief by one week. Counsel for the parties in California v. U.S. Dep't of Agric., No. 05-0211-MCE-GGH, and California Forestry Ass'n v. Bosworth, No. 05-0905-MCE-GGH, have conferred and agreed to adjust the remaining deadlines in those cases so that the relative order of the briefing in all three cases is maintained and the cases proceed in an orderly fashion.

This agreement allows completion of all briefing in all three cases prior to the scheduled December 19, 2008 hearing. This agreement would not alter the hearing date set by the Court.

NOW THEREFORE the undersigned stipulate as follows:

1. In the matter of Sierra Forest Legacy v. Rey, No. 05-0205 MCE/GGH,

(A) Defendants and Defendant-Intervenors will file their opening brief no later than October 29, 2008.

(B) Plaintiffs will file their reply no later than November 26, 2008.

(C) Defendants and Defendant-Intervenors will file their final briefs no later than December 10, 2008. The final briefs will not include any new declarations or new arguments.

2. In the matter of California v. U.S. Dep't of Agric., No. 05-0211-MCE-GGH,

(A) Defendants and Defendant-Intervenors will file their opening brief no later than November 5, 2008.

(B) Plaintiffs will file their reply no later than November 26, 2008.

(C) Defendants and Defendant-Intervenors will file their final briefs no later than December 12, 2008. The final briefs will not include any new declarations or new arguments.

3. In the matter of California Forestry Ass'n v. Bosworth, No. 05-0905-MCE-GGH,

(A) Defendants and Defendant-Intervenors will file their opening brief no later than November 17, 2008.

(B) Plaintiffs will file their reply no later than November 28, 2008.

(C) Defendants and Defendant-Intervenors will file their final briefs no later than December 15, 2008. The final briefs will not include any new declarations or new arguments.

4. All three matters remain set for hearing on December 19, 2008. Arguments will be based on the briefs, declarations (if any), and the record, and no witness will be presented. Counsel may appear at the hearing by telephone.

Dated: October 20, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section

Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350
Clay.Samford@usdoj.gov

Attorneys for Federal Defendants in Sierra Nevada Forest Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, People of the State of California v. United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH, and California Forestry Association et al. v. Kimbell et al., No. CIV-S-05-0905 MCE/GGH.

Dated: October 20, 2008

Respectfully submitted,

/s/David B. Edelson

DAVID B. EDELSON
840 Grizzly Peak Blvd
Berkeley, CA 94708
(510) 527-4116

GREGORY C. LOARIE
MICHAEL R. SHERWOOD
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612

PATRICK GALLAGHER
Sierra Club Environmental Law Program
85 2nd St., Fourth Floor
San Francisco, CA 94109-3441

Attorneys for Sierra Forest Legacy et al. Plaintiffs in Sierra Nevada Forest Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, and Defendant-Intervenors in California Forestry Association et al. v. Kimbell et al., No. CIV-S-05-0905 MCE/GGH.

Dated: October 20, 2008

Respectfully Submitted

EDMUND G. BROWN, JR.
Attorney General
SALLY MAGNANI KNOX
JAMIE JEFFERSON
Deputy Attorney General

/s/ Janill L. Richards

JANILL L. RICHARDS
Deputy Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612-0550

Attorneys for PEOPLE OF THE STATE OF CALIFORNIA, ex. Rel. EDMUND G. BROWN JR., ATTORNEY GENERAL, plaintiff in People of the State of California v. United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH.

Dated: October 20, 2008 Respectfully submitted,

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505

/s/ Thomas R. Lundquist
Thomas R. Lundquist (D.C. Bar No. 968123, pro hac vice)
J. Michael Klise (D.C. Bar No. 412420; pro hac vice)
Steven P. Quarles (D.C. Bar No. 351668)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Attorneys for Plaintiffs California Forestry Ass'n and American Forest & Paper Ass'n in California Forestry Association et al. v. Kimbell et al., No. CIV-S-05-0905 MCE/GGH; and Attorneys for Intervenor-Defendants Tuolumne County Alliance for Resources & Environment, et al. in Sierra Nevada Forest Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, and People of the State of California v. United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH

Dated: October 20, 2008 Respectfully submitted,

/s/ Brain A. Kelly
BRAIN A. KELLY
DUANE MORRIS, LLP
One Market St., Spear Tower, Suite 2000
San Francisco, CA 94105

Attorney for California Ski Industry Association, Intervenor in Sierra Nevada Forest Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, and People of the State of California v. United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH

Dated: October 20, 2008 Respectfully submitted

/s/ Michael B. Jackson
MICHAEL B. JACKSON
429 West Main St.
Quincy, CA

Attorney for Quincy Library Group and Plumas County, Intervenors in Sierra Nevada Forest Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, People of the State of California v. United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH, and Pacific Rivers Council v. United States Forest Service et al., CIV-S-05-0953 MCE/GGH.

Dated: October 20, 2008 Respectfully submitted,

/s/ William J. Thomas
WILLIAM J. THOMAS
Best Best & Krieger LLP
400 Capitol Mall, Suite 1650

Sacramento, CA 95814

Attorneys for California Cattlemen's Association, Intervenor in Sierra Nevada Forest Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, and People of the State of California v. United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH.

**ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

1. In the matter of Sierra Forest Legacy v. Rey, No. 05-0205 MCE/GGH,

(A) Defendants and Defendant-Intervenors will file their opening brief no later than October 29, 2008.

(B) Plaintiffs will file their reply no later than November 26, 2008.

(C) Defendants and Defendant-Intervenors will file their final briefs no later than December 10, 2008. The final briefs will not include any new declarations or new arguments.

2. In the matter of California v. U.S. Dep't of Agric., No. 05-0211-MCE-GGH,

(A) Defendants and Defendant-Intervenors will file their opening brief no later than November 5, 2008.

(B) Plaintiffs will file their reply no later than November 26, 2008.

(C) Defendants and Defendant-Intervenors will file their final briefs no later than December 12, 2008. The final briefs will not include any new declarations or new arguments.

3. In the matter of California Forestry Ass'n v. Bosworth, No. 05-0905-MCE-GGH,

(A) Defendants and Defendant-Intervenors will file their opening brief no later than November 17, 2008.

(B) Plaintiffs will file their reply no later than November 28, 2008.

(C) Defendants and Defendant-Intervenors will file their final briefs no later than December 15, 2008. The final briefs will not include any new declarations or new arguments.

4. All three matters remain set for hearing on December 19, 2008. Arguments will be based on the briefs, declarations (if any), and the record, and no witness will be presented. Counsel may appear at the hearing by telephone.

Dated: October 21, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE