IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*,<br>          Plaintiffs,<br><br>     v.<br><br>ANN BARTUSKA, in her official capacity<br>as Under Secretary of Agriculture, *et al.*,<br>          Defendants,<br>     and<br><br>CALIFORNIA FORESTRY ASS'N,<br>TUOLUMNE COUNTY ALLIANCE FOR<br>RESOURCES & ENV'T, *et al.*,<br>          Intervenor-Defendants. | Case No. CIV-S-05-00205 MCE/GGH<br><br>Related Cases:  CIV-S-05-0211 MCE/GGH<br>                          CIV-S-05-0905 MCE/GGH<br><br>ORDER GRANTING DEFENDANT-<br>INTERVENOR TUCARE'S RENEWED<br>REQUEST TO APPEAR AT THE OCTOBER<br>1st HEARING BY TELEPHONE<br><br>Hearing Date: Oct. 1, 2009<br>Time:  2:00 pm<br>Place:  Courtroom 7<br>Hon. Morrison C. England, Jr. |

The Court GRANTS the renewed request of Thomas R. Lundquist to appear at the October 1, 2009 remedies hearing by telephone for Intervenor-Defendants Tuolomne County Alliance for Resources and Environment, and California Forestry Ass'n *et al.*  The Court staff will call Mr. Lundquist at 703-534-5546.

DATED: September 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE