**BRIAN A. KELLY (SBN 124738)**
**CHRISTIAN P. FOOTE (SBN 240919)**
**DUANE MORRIS LLP**
**One Market, Spear Tower, Suite 2200**
**San Francisco, CA 94105-1127**
**Telephone: (415) 957-3000**
**Facsimile: (415) 957-3001**
**Email: bakelly@duanemorris.com**
**Email: cpfoote@duanemorris.com**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al., | CASE NO. 2:05-CV-00205-MCE-GGH |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL OF INTERVENOR CALIFORNIA SKI INDUSTRY ASSOCIATION** |
| MARK REY, in his official capacity as Under Secretary of Agriculture, et al., | |
| Defendants. | |

**STIPULATION OF DISMISSAL OF CALIFORNIA SKI INDUSTRY ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure Rule 41(a), the undersigned stipulate that California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each party to bear its own costs and fees as to the intervention by CSIA.

**DUANE MORRIS LLP**

Dated: March 16, 2010      By: _____/s/ Brian A. Kelly_____
Brian A. Kelly
Attorneys for Intervenor
CALIFORNIA SKI INDUSTRY ASSOCIATION

PDF created with pdfFactory trial version www.pdffactory.com

**EARTHJUSTICE LEGAL DEFENSE FUND**

Dated: March 1, 2010      By:      ___*/s/ Gregory C. Loarie*_____

Gregory C. Loarie
Attorney for Plaintiffs
SIERRA NEVADA FOREST PROTECTION
CAMPAIGN, CENTER FOR BIOLOGICAL
DIVERSITY, NATURAL RESOURCES DEFENSE
COUNCIL, SIERRA CLUB, WILDERNESS
SOCIETY


**UNITED STATES DEPARTMENT OF JUSTICE**

Dated: March 16, 2010      By:      ___*/s/ Barclay T. Samford*_____

Barclay T. Samford
Attorney for Defendants
MARK REY, DALE BOSWORTH, JAMES PENA,
BERNARD WEINGARDT


**CROWELL & MORING LLP**

Dated: March 10, 2010      By:      ___*/s/ J. Michael Klise*_____

J. Michael Klise, PHV
Attorney for Intervenor Defendants
AMERICAN FOREST & PAPER ASSOCIATION,
AMERICAN FOREST RESOURCE COUNCIL,
BLUERIBBON COALITION, CALIFORNIA
EQUESTRIAN TRAILS & LANDS COALITION,
CALIFORNIA FOREST COUNTIES SCHOOLS
COALITION, CALIFORNIA FORESTRY
ASSOCIATION, CALIFORNIA LICENSED
FORESTERS ASSOCIATION,
CALIFORNIA/NEVADA SNOWMOBILE
ASSOCIATION, COARSGOLD RESOURCE
CONSERVATION DISTRICT, HUNTINGTON
LAKE ASSOCIATION, HUNTINGTON LAKE BIG
CREEK HISTORICAL CONSERVANCY,
KLAMATH ALLIANCE FOR RESOURCES &
ENVIRONMENT, REGIONAL COUNCIL OF
RURAL COUNTIES, SIERRA RESOURCE
CONSERVATION DISTRICT, STRAWBERRY
PROPERTY OWNERS' ASSOCIATION, TULARE

PDF created with pdfFactory trial version www.pdffactory.com

COUNTY RESOURCE CONSERVATION
DISTRICT, TUOLUMNE COUNTY ALLIANCE FOR
RESOURCE & ENVIRONMENT, and WESTERN
COUNCIL FOR INDUSTRIAL WORKERS

**MICHAEL B. JACKSON, ATTORNEY OF LAW**

Dated: March 9, 2010          By:  _____ */s/ Michael B. Jackson* _____
                                   Michael B. Jackson
                                   Attorney for Defendant
                                   QUINCY LIBRARY GROUP


**BEST BEST AND KRIEGER LLP**

Dated: February 26, 2010     By:  _____ */s/ William James Thomas Jr.* _____
                                   William James Thomas, Jr.
                                   Attorney for Intervenor Defendant
                                   CALIFORNIA CATTLEMAN'S ASSOCIATION


**ORDER**

**PURSUANT TO FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT:**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure Rule 41(a),

California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each

party to bear its own costs and fees as to the intervention by CSIA

Date:  March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com