**BRIAN A. KELLY (SBN 124738)**
**CHRISTIAN P. FOOTE (SBN 240919)**
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: bakelly@duanemorris.com
Email: cpfoote@duanemorris.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## (SACRAMENTO DIVISION)

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK REY, in his official capacity as Under Secretary of Agriculture, et al.,<br><br>Defendants. | CASE NO. 2:05-CV-00205-MCE-GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF INTERVENOR CALIFORNIA SKI INDUSTRY ASSOCIATION** |

**STIPULATION OF DISMISSAL OF CALIFORNIA SKI INDUSTRY ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure Rule 41(a), the undersigned stipulate that California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each party to bear its own costs and fees as to the intervention by CSIA.

**DUANE MORRIS LLP**

Dated: March 16, 2010          By:    */s/ Brian A. Kelly*
                                      Brian A. Kelly
                                      Attorneys for Intervenor
                                      CALIFORNIA SKI INDUSTRY ASSOCIATION

1                                                CASE NO. 2:05-CV-00205-MCE-GGH
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CALIFORNIA SKI INDUSTRY ASSOCIATION

PDF created with pdfFactory trial version www.pdffactory.com

**EARTHJUSTICE LEGAL DEFENSE FUND**

Dated: March 1, 2010      By:    */s/ Gregory C. Loarie*
                                            Gregory C. Loarie
                                            Attorney for Plaintiffs
                                            SIERRA NEVADA FOREST PROTECTION CAMPAIGN, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, WILDERNESS SOCIETY

**UNITED STATES DEPARTMENT OF JUSTICE**

Dated: March 16, 2010      By:    */s/ Barclay T. Samford*
                                            Barclay T. Samford
                                            Attorney for Defendants
                                            MARK REY, DALE BOSWORTH, JAMES PENA, BERNARD WEINGARDT

**CROWELL & MORING LLP**

Dated: March 10, 2010      By:    */s/ J. Michael Klise*
                                            J. Michael Klise, PHV
                                            Attorney for Intervenor Defendants
                                            AMERICAN FOREST & PAPER ASSOCIATION, AMERICAN FOREST RESOURCE COUNCIL, BLUERIBBON COALITION, CALIFORNIA EQUESTRIAN TRAILS & LANDS COALITION, CALIFORNIA FOREST COUNTIES SCHOOLS COALITION, CALIFORNIA FORESTRY ASSOCIATION, CALIFORNIA LICENSED FORESTERS ASSOCIATION, CALIFORNIA/NEVADA SNOWMOBILE ASSOCIATION, COARSGOLD RESOURCE CONSERVATION DISTRICT, HUNTINGTON LAKE ASSOCIATION, HUNTINGTON LAKE BIG CREEK HISTORICAL CONSERVANCY, KLAMATH ALLIANCE FOR RESOURCES & ENVIRONMENT, REGIONAL COUNCIL OF RURAL COUNTIES, SIERRA RESOURCE CONSERVATION DISTRICT, STRAWBERRY PROPERTY OWNERS' ASSOCIATION, TULARE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CALIFORNIA SKI INDUSTRY ASSOCIATION

PDF created with pdfFactory trial version www.pdffactory.com

COUNTY RESOURCE CONSERVATION DISTRICT, TUOLUMNE COUNTY ALLIANCE FOR RESOURCE & ENVIRONMENT, and WESTERN COUNCIL FOR INDUSTRIAL WORKERS

**MICHAEL B. JACKSON, ATTORNEY OF LAW**

Dated: March 9, 2010    By:    /s/ Michael B. Jackson
                               Michael B. Jackson
                               Attorney for Defendant
                               QUINCY LIBRARY GROUP

**BEST BEST AND KRIEGER LLP**

Dated: February 26, 2010    By:    /s/ William James Thomas Jr.
                                   William James Thomas, Jr.
                                   Attorney for Intervenor Defendant
                                   CALIFORNIA CATTLEMAN'S ASSOCIATION

## ORDER

**PURSUANT TO FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT:**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure Rule 41(a), California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each party to bear its own costs and fees as to the intervention by CSIA

Date:  March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com