1  IGNACIA S. MORENO
   Assistant Attorney General
2  BARCLAY T. SAMFORD
   Trial Attorney
3  U.S. Department of Justice
4  Environment & Natural Resources Division
   Natural Resources Section
5  999 18th Street
   South Terrace, Suite 370
6  Denver, CO 80202
7  Telephone: (303) 844-1475
   Facsimile: (303) 844-1350
8
9  BENJAMIN B. WAGNER
   United States Attorney
10 DAVID T. SHELLEDY
   Assistant United States Attorney
11 501 I Street, Suite 10-100
12 Sacramento, CA 95814
   Telephone: (916) 554-2702
13 Facsimile: (916) 554-2900
14 Attorneys for Federal Defendants

15            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF CALIFORNIA
16                   SACRAMENTO DIVISION

17
   SIERRA FOREST LEGACY, *et al.,*          No. CIV-S-05-0205 MCE/GGH
18                Plaintiffs,
19     v.
                                            **JOINT STIPULATION TO VACATE  or**
20 HARRIS SHERMAN, in his official capacity  as   **RESET HEARING DATE**
   Under Secretary of Agriculture, *et al.*,
21                Federal Defendants,        Date:  July 28,2011
                                             Time:  2:00 p.m.
22     and                                   Place: CR 7
23 TUOLUMNE COUNTY ALLIANCE FOR             Judge: Hon. Morris C. England, Jr.
   RESOURCES & ENVIRONMENT, *et al.,*
24                Defendant-Intervenors,
25     and
26 CALIFORNIA SKI INDUSTRY ASS'N,
   Defendant-Intervenor,
27     and
28 QUINCY LIBRARY GROUP, *et al.,*
                Defendant-Intervenors.

JOINT STIPULATION TO VACATE HEARING DATE – 05CV0205 MCE/GGH                          PAGE 1

1

The parties to the above captioned action have conferred and hereby stipulate as follows:

2

1.      On June 15, 2011, Plaintiffs filed a motion pursuant to Fed. R. Civ. P. 25 (a)(3) to

3

4

substitute plaintiff Sierra Forest Legacy for the Sierra Forest Legacy, a project of the Tides

5

Center.  *See* Docket No. 324.

6

2.      Federal Defendants do not oppose Plaintiffs' motion and on June 27, 2011 filed a

7

statement of non-opposition.  *See* Docket No. 325.

8

3.      Defendant-Intervenors do not oppose Plaintiffs' motion.

9

4.      The parties agree a hearing for Plaintiffs' motion is not necessary.

10

11

Therefore, the parties hereby stipulate to vacate the motion hearing set for July 28, 2011.

12

In the alternative, should the Court deem a hearing necessary for this matter the parties

13

have conferred and based on the schedules of counsel, request the hearing date be reset to August

14

18, 2011.

15

Dated:  July 14, 2011                           Respectfully submitted,

16

17

BENJAMIN B. WAGNER
United States Attorney

18

DAVID T. SHELLEDY
Assistant United States Attorney

19

20

IGNACIA S. MORENO
Assistant Attorney General

21

Environment & Natural Resources Division
/s/ Barclay T. Samford

22

BARCLAY T. SAMFORD
U.S. Department of Justice

23

Environment & Natural Resources Division

24

Natural Resources Section
999 18th Street

25

South Terrace, Suite 370

26

Denver, CO 80202
Telephone: (303) 844-1475

27

Facsimile: (303) 844-1350
Clay.samford@usdoj.gov

28

Attorneys for Federal Defendants

JOINT STIPULATION TO VACATE HEARING DATE – 05CV0205 MCE/GGH                                    PAGE 2

1

2
Dated July 14, 2011

3

4

5

6

7

8

9

10

11

12

13

14

15
Dated: July 14, 2011

16

17

18

19

20

21

22

23

24

25

26
Dated: July 14, 2011

27

28

Respectfully Submitted,
/s/ Patrick Gallagher
PATRICK GALLAGHER, CA Bar No. 146105
Sierra Club Environmental Law Program
85 2nd Street, 5th Floor
San Francisco, CA 94109-3441
T: (415) 977-5709 / F: (415) 977-5793
pat.gallagher@sierraclub.org

GREGORY C. LOARIE
MICHAEL R. SHERWOOD
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612

DAVID B. EDELSON
The Wilderness Society
655 Montgomery St., Suite 1000
San Francisco, CA   94111

Attorneys for Plaintiffs

Respectfully submitted,
Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505

/s/ Thomas R. Lundquist
Thomas R. Lundquist (D.C. Bar No. 968123, pro hac vice)
J. Michael Klise (D.C. Bar No. 412420; pro hac vice)
Steven P. Quarles (D.C. Bar No. 351668)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Attorneys for Intervenor Defendants Tuolumne County
Alliance for Resources & Environment, et al.

Respectfully submitted,

/s/ William J. Thomas
WILLIAM J. THOMAS
Best Best & Krieger LLP
400 Capitol Mall, Suite 1650

JOINT STIPULATION TO VACATE HEARING DATE – 05CV0205 MCE/GGH                PAGE 3

Sacramento, CA 95814

Attorneys for Intervenor Defendant California Cattlemen's Association

Dated: July 14, 2011                    Respectfully submitted

/s/ Michael B. Jackson
MICHAEL B. JACKSON
429 West Main St.
Quincy, CA

Attorney for Defendant Quincy Library Group
and Plumas County

## ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.  The hearing on

Plaintiffs' motion for substitution of party currently scheduled for July 28, 2011 at 2:00 p.m. is

hereby vacated.

**Date:  7/19/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE