IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:     (303) 844-1475
Facsimile:     (303) 844-1350

BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:     (916) 554-2702
Facsimile:     (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, *et al.*, | No. 2:05-cv-00205 MCE/GGH |
| Plaintffs | |
| v. | **STIPULATION AND ORDER TO DISMISS CLAIMS** |
| HARRIS SHERMAN in his official capacity as Under Secretary of Agriculture, *et al.* | |
| Federal Defendants. | |

CIV-S-05-0205-MCE/GGH
STIPULATION AND ORDER TO DISMISS CLAIMS

The parties to the above captioned litigation, through their undersigned counsel, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, see <u>Hells Canyon Preservation Council v. U.S. Forest Serv.</u>, 403 F.3d 683, 687-88 (9th Cir. 2005), hereby stipulate as follows:

1. Plaintiffs' first claim for relief under the National Forest Management Act ("NMFA") against the 2004 Sierra Nevada Forest Plan Amendment is dismissed without prejudice.  See Third Amended Complaint for Declaratory and Injunctive Relief (ECF No. 223) at 19-22.

2. Plaintiffs' second claim for relief under NMFA against the 2004 Sierra Nevada Forest Plan Amendment is dismissed without prejudice.  See id. at 23-26.

3. Plaintiffs' second claim for relief under NMFA against the Basin Project is dismissed with prejudice.  See id. at 23-26.

Dated this 3rd day of February 2012.        /s/ Gregory C. Loarie (as authorized on 02/03/12)
                                            GREGORY C. LOARIE
                                            MICHAEL R. SHERWOOD
                                            Earthjustice
                                            PATRICK GALLAGHER
                                            Sierra Club Environmental Law Program
                                            *Attorneys for Sierra Forest Legacy, et al.*

                                            IGNACIA S. MORENO
                                            Assistant Attorney General

                                            /s/ Barclay T. Samford
                                            BARCLAY T. SAMFORD
                                            U.S. Department of Justice
                                            Environment & Natural Resources Division
                                            Natural Resources Section
                                            *Attorneys for Federal Defendants*

IT IS SO ORDERED.

Dated: February 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CIV-S-05-0205-MCE/GGH
STIPULATION AND PROPOSED ORDER TO DISMISS CLAIMS – PAGE 1