IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| SIERRA FOREST LEGACY, *et al.*,<br><br>Plaintffs<br><br>v.<br><br>HARRIS SHERMAN in his official capacity as Under Secretary of Agriculture, *et al.*<br><br>Federal Defendants.<br>_______________<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS, ATTORNEY GENERAL, | ) | Nos. CIV-S-05-0205 MCE/GGH<br>CIV-S-05-0211 MCE/GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE; ORDER THEREON** |

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *ex al.*

Federal Defendants.

and

Defendant-Intervenors.

On June11, 2012, the Court reset oral argument on the issue of remedy in the related cases of People of the State of California, ex rel. Kamala D. Harris, Attorney General v. United States Department of Agriculture, et al., Case No. CIV 05-00211 MCE GGH and Sierra Forest Legacy, et al., v. Sherman, et al., Case No. S-05-0205 MCE GGH, from June 14 to July 12, 2012. ECF 250.

Counsel for the parties have conferred, and based on the schedules of counsel, hereby STIPULATE pursuant to Local Rule 230(f) and request that the Court vacate the hearing date of July 12 and continue the hearing to August 9, 2012 at 2:00 pm.

Dated: June 13, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

/s/ Harrison Pollak
HARRISON POLLAK
Deputy Attorney General
*Attorney for the People of the State of California, ex. rel. Kamala D. Harris, Attorney General*

/s/ Gregory C. Loarie
GREGORY C. LOARIE
MICHAEL R. SHERWOOD
Earthjustice
PATRICK GALLAGHER
Sierra Club Environmental Law Program
*Attorneys for Sierra Forest Legacy, et al.*

IGNACIA S.MORENO
Assistant Attorney General

/s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
*Attorneys for Federal Defendants*

**ORDER**

. In accordance with the parties' stipulation as set forth above, the hearing set for July 12, 2012, in this matter is hereby vacated and is continued to August 9, 2012 at 2:00 p.m. in Courtroom No. 7.

IT IS SO ORDERED.

Dated: June 19, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE