Babak Naficy (SBN 177709)
LAW OFFICE OF BABAK NAFICY
1504 Marsh Street
San Luis Obispo, CA 94301
Telephone: (805) 593 0926
Facsimile: (805) 593 0946
babaknaficy@sbcglobal.net

Brian Gaffney (SBN 168778)
Kelly Franger (SBN 253697)
LIPPE GAFFNEY WAGNER LLP
329 Bryant Street, Suite 3D
San Francisco, CA 941 07
Telephone: (415) 777-5600
Facsimile: (415) 777-9809

Attorneys for Plaintiff:
Pacific Rivers Council

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PACIFIC RIVERS COUNCIL,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**UNITED STATES FOREST SERVICE, et al.**<br><br>                    Defendants | Case No:     2:05-cv-00953- MCE/GGH<br>Related Cases: 2:05-cv-00205- MCE/GGH<br>                    2:05-cv-00211-MCE/GGH<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE, HEARING DATE AND CONTINUE HEARING DATE IN RELATED CASES |

Plaintiffs and Defendants in related cases <u>Pacific Rivers Council v. United States Forest Service, et al.</u>, Case No. CV-S-05-00953- MCE GGH ("Pacific Rivers Council case"), <u>People of the State of California, ex rel. Kamala D. Harris, Attorney General v. United States Department of Agriculture, et al.</u>, Case No. CIV 05-00211 MCE GGH ("California case") and <u>Sierra Forest Legacy, et al. v. Harris Sherman, in his official capacity as Under Secretary for Natural Resources and Environment, U.S. Department of Agriculture, et al.</u>, Case No. S-05-0205 MCE GGH ("<u>Sierra Forest Legacy case</u>"), respectfully propose a briefing schedule and hearing date consistent with this Stipulation and Proposed Order to address the issue of appropriate remedy in these three related cases.

1

The issue of remedies has been fully briefed in the California and Sierra Forest Legacy cases and a hearing is currently set for August 9, 2012.

The remedies issue has not been addressed in the Pacific Rivers Council case. On June 20, 2012, the Ninth Circuit denied the Federal Defendants' Petition for Rehearing and Rehearing en bane in the Pacific Rivers Council case, and issued a revised Opinion which in part reversed the District's Court's denial of Pacific Rivers Council's challenge to the Forest Service's approval of the 2004 Framework and remanded the case to the District Court for further proceedings. The Court issued formal mandate pursuant to Rule 41 (a), Federal Rules of Appellate Procedure, on July 2, 2012. The issue of appropriate remedies in the Pacific Rivers Council case is therefore for ripe for adjudication.

The parties all agree that in order to promote judicial economy, conserve the parties' resources and avoid the possibility of inconsistent rulings, this Court should conduct a single consolidated hearing to address the appropriate remedies in each case after the issue has been briefed in the Pacific Rivers Council case. Accordingly, and based on counsel's respective schedules, the parties stipulate as follows:

1. The Court should vacate the August 9, 2012, hearing in the California and Sierra Forest Legacy cases, and reschedule a single consolidated hearing in all three cases on October 4, 2012.

2. Pacific Rivers Council shall file an opening brief on remedies consisting of no more than 25 pages by August 9, 2012. Federal Defendants shall file an opposition brief of no more than 30 pages by September 13, 2012. Pacific Rivers Council shall file a reply brief of no more than 15 pages by September 27, 2012.

LAW OFFICE BABAK NAFICY

___*/s/ Babak Naficy*_____
Babak Naficy
*Attorney for Plaintiff*
*Pacific Rivers Council*

2

| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| 2 | Attorney General of California |
| 3 |   */s/ Harrison Pollak*   |
|   | HARRISON POLLAK |
| 4 | *Deputy Attorney General for the People of the State of California, ex rel. Kamala D. Harris, Attorney General* |

   /s/ Gregory C. Loarie
GREGORY C. LOARIE
MICHAEL R. SHERWOOD
Earthjustice

  */s/ Patrick Gallagher*  
PATRICK GALLAGHER
Sierra club Environmental Law Program
*Attorneys for Sierra Forest Legacy*

IGNACIA S. MORENO
Assistant Attorney General

 */s/ Barclay T. Samford*  
BARCLAY T. SAMFORD
Trial Attorney
U.S. Department of Justice
Environmental & Natural Resources Division
Natural Resources Section
*Attorneys for Federal Defendants*

3

Stipulation re Briefing Schedule and Hearing Date (CV-S-05-00953 MCE/GGH and related cases)

**ORDER**

1. The hearing set for August 9, 2012, is hereby vacated. A new hearing in all three cases shall be set for on October 4, 2012, at 2:00 p.m.

2. Pacific Rivers Council shall file an opening brief (addressing the issue of remedies) consisting of no more than 25 pages by August 9, 2012.

3. Federal Defendants shall file an opposition brief of no more than 30 pages by September 13, 2012.

4. Pacific Rivers Council shall file a reply brief of no more than 15 pages by September 27, 2012.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE