1  Babak Naficy (SBN 177709)
   LAW OFFICE OF BABAK NAFICY
2  1504 Marsh Street
   San Luis Obispo, CA 94301
3  Telephone: (805) 593 0926
4  Facsimile: (805) 593 0946
   babaknaficy@sbcglobal.net

5
   Brian Gaffney (SBN 168778)
6  Kelly Franger (SBN 253697)
   LIPPE GAFFNEY WAGNER LLP
7  329 Bryant Street, Suite 3D
8  San Francisco, CA 94107
   Telephone: (415) 777-5600
9  Facsimile: (415) 777-9809

10 Attorneys for Plaintiff:
   Pacific Rivers Council
11

12            IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
13                   SACRAMENTO DIVISION

14

15 | PACIFIC RIVERS COUNCIL | Case No:       **CIV–S-05-0953- MCE/GGH** |
|---|---|
16 |                        | Related Cases: **CIV-S-05-0205- MCE/GGH** |
   |             Plaintiff, |                **CIV-S-05-0211-MCE/GGH** |
17 |                        | |
   | vs.                    | **STIPULATION AND ORDER RE REVISED** |
18 |                        | **REPLY AND SUR-REPLY** |
   | UNITED STATES FOREST SERVICE; et | |
19 | al,                    | |
20 |                        | |
   |             Defendants | |
21 | _____ | |
   | SIERRA FOREST LEGACY, *et al.,* | |
22 |                        | |
   |             Plaintiffs | |
23 |                        | |
24 |        v.              | |
25 | HARRIS SHERMAN in his official capacity | |
   | as Under Secretary of Agriculture, *et al.* | |
26 |                        | |
27 |             Defendants | |
28 |                        | |

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)

1

2  PEOPLE OF THE STATE OF
   CALIFORNIA, *ex rel.* KAMALA D.
3  HARRIS, ATTORNEY GENERAL,

4                                       Plaintiffs,

5       v.

6  UNITED STATES DEPARTMENT OF
   AGRICULTURE, *ex al.*
7

8                                       Defendants

9

10

11

12         Pursuant to the scheduling order, plaintiff Pacific Rivers Council filed a reply brief on

13  October 15, 2012.  On October 16, 2012, the Forest Service filed a Motion to Strike the reply

14  brief on the grounds that it exceeds the previously agreed upon 20-page limit and violated the

15  Local Rules with regard to formatting.  The parties have met and conferred and now stipulate to

16
17  resolve the issue as follows:

18         1.  Pacific Rivers Council's October 15, Reply Brief (ECF 183) is withdrawn.[1]

19         2.  Federal Defendants' Motion to Strike Plaintiff's Reply Brief (ECF 184) is

20             withdrawn.  The hearing on Federal Defendant's Motion to Strike, scheduled for

21             November 15, 2012 at 2:00 p.m. (ECF 185) is vacated.
22
23         3.  Pacific Rivers Council shall file a revised reply brief on remedies consisting of

24             no more than 20 pages by October 23, 2012.  Pacific Rivers Council's revised

25             brief shall be formatted so as to comply with the Local Rules and in the same

26

27  _____

28  [1] Pacific Rivers Council's duplicative filing of its Reply Brief (ECF 182) is also withdrawn.

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)

1    manner as its opening brief (ECF 175)—double-spaced, one inch margins, left-

2    justification, and 12-point Times New Roman text. The revised brief of the

3    Pacific Rivers shall not exceed the scope of arguments raised in the brief it filed

4    on October 15.  Pacific Rivers Council shall not alter the declarations filed on

5    October 15 (ECF 183-1, 183-2, and 183-3).

6

7        4.  Federal Defendants may file a sur-reply of no more than 8 pages by November

8    9, 2012, to address any new issues or evidence raised by or submitted with

9    Pacific Rivers' reply papers.

10   IT IS SO STIPULATED

11   DATED: October 19, 2012                LAW OFFICE OF BABAK NAFICY

12

13

14                                          /s/Babak Naficy_____
                                            Babak Naficy,
15                                          Attorney for Plaintiff
                                            Pacific Rivers Council
16
     Dated: October 19, 2012
17

18

19                                          /s/_____
                                            BARCLAY T. SAMFORD
20                                          Trial Attorney
                                            U.S. Department of Justice
21                                          Environment & Natural Resources Division
                                            Natural Resources Section
22                                          *Attorneys for Federal Defendants*

23

24

25

26

27

28

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)                              - 2 --

## ORDER

1.  Pacific Rivers Council's October 15, Reply Brief (ECF 183) is withdrawn.[2]

2.  Federal Defendants' Motion to Strike Plaintiff's Reply Brief (ECF 184) is withdrawn.  The hearing on Federal Defendant's Motion to Strike, scheduled for November 15, 2012 at 2:00 p.m. (ECF 185) is vacated.

3.  Pacific Rivers Council shall file a revised reply brief on remedies consisting of no more than 20 pages by October 23, 2012.  Pacific Rivers Council's revised brief shall be formatted so as to comply with the Local Rules and in the same manner as its opening brief (ECF 175)—double-spaced, one inch margins, left-justification, and 12-point Times New Roman text. The revised brief of the Pacific Rivers shall not exceed the scope of arguments raised in the brief it filed on October 15.  Pacific Rivers Council shall not alter the declarations filed on October 15 (ECF 183-1, 183-2, and 183-3).

4.  Federal Defendants may file a sur-reply of no more than 8 pages by November 9, 2012, to address any new issues or evidence raised by or submitted with Pacific Rivers' reply papers.

**IT IS SO ORDERED.**

Dated:  October 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Pacific Rivers Council's duplicative filing of its Reply Brief (ECF 182) is also withdrawn.

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)                                    - 3 --